U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Dec 05 - 2025
John M. Domurad, Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
ex rel. RELATOR LLC, a California limited liability company,

                Plaintiffs,

v.

SHIRISH PARIKH, an individual; SUSAN PADULA, an individual; and COMMUNITY CARE PHYSICIANS, P.C., a New York professional service corporation and DOES 1-10,

                Defendants.

Case No. 1:24-CV-00265 (LEK/PJE)

**FILED UNDER SEAL**

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the Complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The United States's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED.

December 5, 2025

Hon. Paul J. Evangelista
United States Magistrate Judge